**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 20-10132 |
| ASHAAD EMAMDEE | ) | CHAPTER 7 |
| DEBTOR | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 3666 SWEETBUSH TRAIL, LAUREL, MD 20724 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*5548**

NOW COMES Eagle Home Mortgage, LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Gene Jung
Brock and Scott, PLLC
Attorneys at Law
7564 Standish Place, Suite 115, Rockville, MD 20855
mdbkr@brockandscott.com

Please take notice that the undersigned hereby appears as counsel for Eagle Home Mortgage, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,
18-06530 BKOBJ02




/s/ _____
Gene Jung
Attorney at Law (14950)
Brock & Scott, PLLC
7564 Standish Place, Suite 115, Rockville, MD 20855
410-306-7821 x4502
240-614-7825
mdbkr@brockandscott.com

18-06530 BKOBJ02

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  January 9, 2020  , the following persons were served a copy of the Notice of Appearance in the manner described below:

<u>Via CM/ECF electronic notice</u>:

Jeffrey M. Sirody, Esq.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
*Counsel for Debtor*

Patricia B. Jefferson
100 Light Street
10th Floor
Baltimore, MD 21202
*Chapter 7 Trustee*

<u>Via First Class Mail</u>:

ASHAAD EMAMDEE
3666 SWEETBUSH TRL
LAUREL, MD 20724
*Debtor*

/s/ _____
Gene Jung

18-06530 BKOBJ02